# Order

Michigan Supreme Court
**Lansing, Michigan**

March 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151919

THEODORE CADWELL and GLENN QUAKER,
      Plaintiffs-Appellees,

v

CITY OF HIGHLAND PARK,
      Defendant-Appellant.

SC: 151919
COA: 318430
Wayne CC: 10-012583-NO

_____/

     On order of the Court, the application for leave to appeal the May 28, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016



s0316d

Clerk